Erika Angelos Heath (SBN 304683)
(eheath@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel:   (628) 246-1352
Fax:   (215) 940-8000

John Soumilas, *Admitted pro hac vice*
(jsoumilas@consumerlawfirm.com)
Geoffrey H. Baskerville
(gbaskerville@consumerlawfirm.com)
Travis B. Martindale-Jarvis
(tmartindale@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19110
Tel:   (215) 735-8600
Fax:   (215) 940-8000

Eric E. Suits (SBN 232762)
(esuits@seyfarth.com)
**SEYFARTH SHAW LLP**
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Tel:   (916) 448-0159
Fax:   (916) 460-4839

Pamela Devata, *To be Admitted Pro Hac Vice*
(pdevata@seyfarth.com)
John Drury, *Admitted Pro Hac Vice*
(jdrury@seyfarth.com)
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000

*Attorneys for Plaintiff and the Proposed Class*

*Attorneys for Defendant Accurate Background, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DAMARCUS STEWART, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>ACCURATE BACKGROUND, LLC,<br><br>    *Defendant*. | Case No. 5:22-cv-01926-EJD<br><br>**JOINT NOTICE OF CLASS SETTLEMENT**<br><br>Judge:    Hon. Edward J. Davila<br><br>Date Action Filed: March 25, 2022 |

    **PLEASE TAKE NOTICE THAT** Plaintiff Damarcus Stewart and Defendant Accurate Background, LLC have reached an agreement in principle to resolve this matter on a class-wide basis. The Parties are currently drafting the settlement documents and anticipate moving for preliminary approval on or before April 28, 2023. Accordingly, the Parties respectfully request a

stay of all currently pending deadlines in light of their settlement.

Dated: March 29, 2023

*/s/ Erika A. Heath*
Erika A. Heath, Esq.
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAMARCUS STEWART

Dated: March 29, 2023

*/s/ Eric Suits*
Eric Suits, Esq.
SEYFARTH SHAW
Attorneys for Defendant
ACCURATE BACKGROUND, LLC

**L.R. 5-1(i)(3) ATTESTATION**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, __Eric Suits__, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Eric Suits*
Eric Suits