Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel:   (628) 246-1352
Fax:  (215) 940-8000
eheath@consumerlawfirm.com

James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAMARCUS STEWART,<br><br>    *Plaintiff*,<br><br>v.<br><br>ACCURATE BACKGROUND, LLC,<br><br>    *Defendant*. | Case No. 5:22-CV-01926-EJD<br><br>**SUPPLEMENTAL STATEMENT OF JOHN SOUMILAS REGARDING NOTICE, CLAIMS, EXLUSIONS AND OBJECTIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         February 22, 2024<br>Time:        9:00 a.m.<br>Courtroom:  4 |

Case No. 5:22-CV-01926-EJD

SUPPLEMENTAL STATEMENT OF JOHN SOUMILAS REGARDING NOTICE, CLAIMS, EXCLUSIONS AND OBJECTIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, John Soumilas, declare as follows:

1. I am a shareholder and attorney at Francis Mailman Soumilas, P.C. ("FMS") and one of the attorneys representing Plaintiff Damarcus Stewart. I submit this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement (ECF 53).

2. I attach to this declaration the Updated Declaration of Due Diligence Regarding Noticing provided by Noah Fiori, an analyst for the Settlement Administrator in this matter, American Legal Claim Services, LLC ("ALCS").

3. Updated information from the previous Declaration of Due Diligence submitted by Mr. Fiori (ECF 53-1) include:

- There were 4 additional notices sent by first class mail that were returned. Of those, 3 were remailed to new addresses, also by first class mail.
- Therefore, the number of undeliverable notices increased from 0 to 1.
- There were 2 additional valid claims submitted in the intervening time, increasing the claims from 19 to 21.

4. The additional 2 claims do not change the calculations as to class members making claims, which are capped at $5,000 each. All 21 class members who have made timely claims will receive the full $5,000. The provisions of the Settlement Agreement (ECF 23-1) provide for an increase of automatic payments to an amount in excess of $600.

5. Since the filing of the Declaration of Due Diligence at ECF 53-1, the number of exclusions and objections received remains at zero.

6. Class Counsel represents that the additional claims and lack of exclusions and objections confirms a positive reaction to the settlement by the class members and supports final approval.

Case No. 5:22-CV-01926-EJD    1
SUPPLEMENTAL STATEMENT OF JOHN SOUMILAS REGARDING NOTICE, CLAIMS, EXCLUSIONS AND OBJECTIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

RESPECTFULLY SUBMITTED AND DATED this 12th day of February, 2024.

By: */s/ John Soumilas*
James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000
eheath@consumerlawfirm.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff
and the Settlement Class*

## CERTIFICATE OF SERVICE

I, John Soumilas, hereby certify that on February 12, 2024, this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/ John Soumilas*
John Soumilas

Case No. 5:22-CV-01926-EJD                    2
SUPPLEMENTAL STATEMENT OF JOHN SOUMILAS REGARDING NOTICE, CLAIMS, EXCLUSIONS AND OBJECTIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT