United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARCUS STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCURATE BACKGROUND, LLC,<br><br>Defendant. | Case No.22-cv-01926-EJD<br><br>**JUDGMENT** |

On March 20, 2024, the Court granted Plaintiff Damarcus Stewart's motion for final approval of his settlement of this putative class action with Defendant Accurate Background, LLC, and granted Plaintiff's motion for an award of attorneys' fees and costs and a service award. *See* ECF No. 64. Judgment is hereby ENTERED. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 20, 2024

EDWARD J. DAVILA
United States District Judge